UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTION AND REHABILITATION, et al.,<br><br>Defendants. | No. 2:22-cv-0703 TLN CKD P<br><br><br><br>ORDER |

Plaintiff has filed a motion for an extension of time to file objections to the court's May 5, 2022 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 9) is granted; and

2. Plaintiff shall file his objections on or before July 20, 2022.

Dated: June 29, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
lamo0703.36(2)