UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTION AND REHABILIATION, et al.,<br><br>　　　　Defendants. | No. 2:22-cv-00703-TLN-CKD<br><br>**ORDER** |

On August 16, 2022, the Court ordered Plaintiff to pay the $402 filing fee within 14 days. (ECF No. 12.) Plaintiff was warned that failure to do so would result in dismissal. (*Id.*) Plaintiff has not paid the $402 filing fee or otherwise responded to the Court's Order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Complaint is DISMISSED; and

2. This case is closed.

**DATED: September 21, 2022**

　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　United States District Judge